UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

*Plaintiff,*

v.

U.S. DEPARTMENT OF STATE,

*Defendant.*

Civ. A. No. 21-2340-CKK

## JOINT STATUS REPORT

Pursuant to the parties' Joint Status Report dated April 15, 2022 (ECF 13), Plaintiff Citizens United and Defendant the U.S. Department of State ("Department") submit this joint status report:

1. This case involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff on July 9, 2021. As previously reported, the parties have reached in agreement to narrow the scope of the request, which now seeks the following records:

> All emails, memos and/or letters to or from or drafted by the following current or former State Department Wuhan Consulate or U.S. Embassy China employees: B. Jamison 'Jamie' Fouss; Russell Westergard; Christopher Green; Henley Jones; Charles Montgomery; Sarah Nelson; Michael Dubray; Damian Richard; David Nicholas; Xenis Jones; Scott Tolsma; Kathleen Hare; Nikolas Trendowski; Joel Christensen; Michael Escalona; Richard Jo; and/or Brian 'Rick' Switzer including any of the following terms: Wuhan Municipal Health Commission (WMHC); Wuhan Institute Of Virology (WIV); Laboratory; Biological; Bio-Safety; Bioresearch; Rick Switzer; Dr. Li Wenliang; World Health Organization; Dr. Tedros Adhanom Ghebreyesus; Dr. Anthony Fauci; Dr. George Gao; or Dr. Zunyou Wu.

Pursuant to the parties' narrowing agreement, the Department has run proximity searches for the phrases "Laboratory," "Biological," and "World Health Organization" using the terms "virus," "leak," "coronavirus," and "covid." Proximity searches are necessary due to the high hit counts

generated by the standalone searches for the phrases "Laboratory," "Biological," and "World Health Organization."  The date range of this request is October 15, 2019 to March 1, 2020.

2.  Since the filing of the parties' last Joint Status Report, the Department has made two productions of non-exempt, responsive material.  On May 9, 2022, the Department made its second interim production, releasing seven records in part.  On June 21, 2022, the Department made its third interim production, releasing two records in part.  The Department anticipates making its next production on August 1, 2022, and every six weeks thereafter.  State will endeavor, in good faith, to process as many records as possible during each six-week period.  This schedule is reasonably calculated to provide documents responsive to Plaintiff's request while accounting for the significant limitations on State's present resources.  State intends to conduct searches for records on its classified systems once it has finished processing the unclassified records that are responsive to Plaintiff's FOIA request.

3.  Pursuant to the Court's June 20, 2022 Minute Order, the parties will file a further joint status report by October 16, 2022, to update the Court on the status of this FOIA litigation.

Dated: July 18, 2022

/s/ Jeremiah L. Morgan
JEREMIAH L. MORGAN, D.C. Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/    John Moustakas
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-2536
John.Moustakas@usdoj.gov

*Counsel for Defendant*