UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant.* | Civ. A. No. 21-2340 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's June 20, 2022, Minute Order, Plaintiff Citizens United and Defendant the U.S. Department of State ("Department") submit this joint status report:

1. This case involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff on July 9, 2021. As previously reported, the parties have reached in agreement to narrow the scope of the request, which now seeks the following records:

> All emails, memos and/or letters to or from or drafted by the following current or former State Department Wuhan Consulate or U.S. Embassy China employees: B. Jamison 'Jamie' Fouss; Russell Westergard; Christopher Green; Henley Jones; Charles Montgomery; Sarah Nelson; Michael Dubray; Damian Richard; David Nicholas; Xenis Jones; Scott Tolsma; Kathleen Hare; Nikolas Trendowski; Joel Christensen; Michael Escalona; Richard Jo; and/or Brian 'Rick' Switzer including any of the following terms: Wuhan Municipal Health Commission (WMHC); Wuhan Institute Of Virology (WIV); Laboratory; Biological; Bio-Safety; Bioresearch; Rick Switzer; Dr. Li Wenliang; World Health Organization; Dr. Tedros Adhanom Ghebreyesus; Dr. Anthony Fauci; Dr. George Gao; or Dr. Zunyou Wu.

Pursuant to the parties' narrowing agreement, the Department has run proximity searches for the phrases "Laboratory," "Biological," and "World Health Organization" using the terms "virus," "leak," "coronavirus," and "covid." Proximity searches are necessary due to the high hit counts generated by the standalone searches for the phrases "Laboratory," "Biological," and "World

Health Organization." The date range covered by this FOIA request is October 15, 2019 to March 1, 2020.

2. Since the filing of the parties' last Joint Status Report (ECF 16), the Department has made three productions of non-exempt, responsive material: its Sixth, Seventh and Eighth interim productions, on October 24, 2022, December 5, 2022 and January 16, 2023, respectively. The Department expects to continue making releases on a rolling basis every six weeks. The Department will endeavor, in good faith, to process as many records as possible during each six-week period. This schedule is reasonably calculated to provide documents responsive to Plaintiff's request while accounting for the significant limitations on the Department's present resources. It currently has 432 potentially responsive documents remaining on the unclassified side. The Department intends to conduct searches for records on its classified systems once it has finished processing the unclassified records that are responsive to Plaintiff's FOIA request.

3. Pursuant to the Court's June 20, 2022 Minute Order, the parties will file a further joint status report on or before April 14, 2023, to update the Court on the status of this FOIA litigation.

Dated: January 19, 2023[1]

---

[1] Simply calculating 90 days from the prior filing without reference to federal holidays, this report would have been due on the Dr. Martin Luther King, Jr. federal holiday. This Report regrettably was not filed earlier because government counsel was called out of state on a family matter over the weekend, only returning late in the evening of Tuesday, January 18, 2023, which upended counsel's plans for his numerous filings due this week. Government counsel regrets any inconvenience this belated submission may have caused the Court and opposing counsel.

|  |  |
|---|---|
| /s/ *Jeremiah L. Morgan*<br>JEREMIAH L. MORGAN, D.C. Bar #1012943<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180<br>(703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>/s/    *John Moustakas*<br>JOHN MOUSTAKAS, D.C. Bar #442076<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2518<br>john.moustakas@usdoj.gov<br><br>*Counsel for Defendant* |