IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant.* | Civ. A. No. 21-2340 (CKK) |

### NOTICE OF ATTORNEY APPEARANCE

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney (AUSA) Rebekah Lederer will appear, in the above captioned case, as co-counsel on behalf of the government along with Anna Walker.

    Respectfully submitted,

    EDWARD MARTIN, D.C. Bar. #481866
    United States Attorney

    By:    */s/ Rebekah Lederer*
    REBEKAH LEDERER
    PA Bar No. 320922
    Assistant United States Attorney
    601 D. Street, NW
    Washington, District of Columbia 20530
    Telephone: (240) 278-2129
    Rebekah.Lederer@usdoj.gov

    *Counsel for the United States of America*