IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, *Plaintiff,* v. U.S. DEPARTMENT OF STATE, *Defendant.* | Civ. A. No. 21-2340 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's June 20, 2022 Minute Order, Plaintiff Citizens United and Defendant the U.S. Department of State ("Department") submit this joint status report:

1. This case involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff on July 9, 2021. As previously reported, the parties have reached in agreement to narrow the scope of the request, which now seeks the following records:

> All emails, memos and/or letters to or from or drafted by the following current or former State Department Wuhan Consulate or U.S. Embassy China employees: B. Jamison 'Jamie' Fouss; Russell Westergard; Christopher Green; Henley Jones; Charles Montgomery; Sarah Nelson; Michael Dubray; Damian Richard; David Nicholas; Xenis Jones; Scott Tolsma; Kathleen Hare; Nikolas Trendowski; Joel Christensen; Michael Escalona; Richard Jo; and/or Brian 'Rick' Switzer including any of the following terms: Wuhan Municipal Health Commission (WMHC); Wuhan Institute Of Virology (WIV); Laboratory; Biological; Bio-Safety; Bioresearch; Rick Switzer; Dr. Li Wenliang; World Health Organization; Dr. Tedros Adhanom Ghebreyesus; Dr. Anthony Fauci; Dr. George Gao; or Dr. Zunyou Wu.

Pursuant to the parties' narrowing agreement, the Department has run proximity searches for the phrases "Laboratory," "Biological," and "World Health Organization" using the terms "virus," "leak," "coronavirus," and "covid." Proximity searches are necessary due to the high hit counts generated by the standalone searches for the phrases "Laboratory," "Biological," and "World

Health Organization." The date range covered by this FOIA request is October 15, 2019 to March 1, 2020.

2. Since the filing of the parties' last status reports, the Department has made two additional interim responses on February 10, 2025, and March 24, 2025. The Department anticipates making its next interim response on or about May 5, 2025, and every six weeks thereafter. Moreover, the parties have conferred, and the Department has agreed that it will endeavor to process 450 pages during each six-week period. This schedule is reasonably calculated to provide documents responsive to Plaintiff's request while accounting for the significant limitations on State's present resources. State intends to conduct searches for records on its classified systems once it has finished processing the unclassified records that are responsive to Plaintiff's FOIA request.

3. Pursuant to the Court's June 20, 2022, Minute Order, the parties will file a further joint status report on or before July 7, 2025.

Dated: April 7, 2025                    Respectfully submitted,

/s/ *Jeremiah L. Morgan*                EDWARD MARTIN, D.C. Bar #481866
JEREMIAH L. MORGAN, D.C. Bar            United States Attorney
#1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4          /s/    *Rebekah Lederer*
Vienna, VA 22180                        REBEKAH LEDERER
(703) 356-5070                          Assistant United States Attorney
jmorgan@lawandfreedom.com               U.S. Attorney's Office, Civil Division
                                        601 D Street, N.W.
                                        Washington, DC 20530
*Counsel for Plaintiff*                 (240) 278-2129
                                        Rebekah.Lederer@usdoj.gov

                                        *Counsel for the United States of America*