IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

*Plaintiff,*

v.

U.S. DEPARTMENT OF STATE,

*Defendant.*

Civ. A. No. 21-2340 (CKK)

**JOINT STATUS REPORT**

Pursuant to the Court's July 2, 2026 Minute Order, Plaintiff Citizens United and Defendant the U.S. Department of State ("Department") submit this joint status report:

1. This case involves a Freedom of Information Act ("FOIA") request submitted by Plaintiff on July 9, 2021. As previously reported, the parties have reached in agreement to narrow the scope of the request, which now seeks the following records:

> All emails, memos and/or letters to or from or drafted by the following current or former State Department Wuhan Consulate or U.S. Embassy China employees: B. Jamison 'Jamie' Fouss; Russell Westergard; Christopher Green; Henley Jones; Charles Montgomery; Sarah Nelson; Michael Dubray; Damian Richard; David Nicholas; Xenis Jones; Scott Tolsma; Kathleen Hare; Nikolas Trendowski; Joel Christensen; Michael Escalona; Richard Jo; and/or Brian 'Rick' Switzer including any of the following terms: Wuhan Municipal Health Commission (WMHC); Wuhan Institute Of Virology (WIV); Laboratory; Biological; Bio-Safety; Bioresearch; Rick Switzer; Dr. Li Wenliang; World Health Organization; Dr. Tedros Adhanom Ghebreyesus; Dr. Anthony Fauci; Dr. George Gao; or Dr. Zunyou Wu.

Pursuant to the parties' narrowing agreement, the Department has run proximity searches for the phrases "Laboratory," "Biological," and "World Health Organization" using the terms "virus," "leak," "coronavirus," and "covid." Proximity searches are necessary due to the high hit counts generated by the standalone searches for the phrases "Laboratory," "Biological," and "World

Health Organization." The date range covered by this FOIA request is October 15, 2019 to March 1, 2020.

2. Since the filing of the parties' last status reports, the Department has made three additional interim responses on March 6, 2026, April 17, 2026, and May 29, 2026. The Department anticipates making its next interim response on or about July 10, 2026, and every six weeks thereafter. Moreover, the parties have conferred, and the Department has agreed that it will endeavor to process 450 pages during each six-week period. This schedule is reasonably calculated to provide documents responsive to Plaintiff's request while accounting for the significant limitations on the Department's present resources.

3. The parties reached a further narrowing agreement via email on March 19, 2026. Pursuant to that narrowing agreement, the Department anticipates that it will complete its processing in the next one or two processing cycles, after which the parties expect to discuss a resolution of any remaining issues.

4. Pursuant to the Court's July 2, 2026, Minute Order, the parties will file a further joint status report in ninety days, on or before September 29, 2026, unless a stipulation of dismissal is filed before then.

Dated: July 2, 2026

Respectfully submitted,

/s/ *Jeremiah L. Morgan*
JEREMIAH L. MORGAN, D.C. Bar #1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Tara Derbisz*
TARA DERBISZ
D.C. Bar # 252597
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 809-0784

Tara.derbisz@usdoj.gov

*Counsel for the United States of America*